```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 36292
    ALLEN R BOYK
    DORIS E BOYK                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5970     SSN XXX-XX-6510
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/09/05 and confirmed on 01/11/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 36000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HARRIS BANK CONSUMER LOA | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | SECURED | 1000.00 | .00 | 1000.00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 2624.13 | 125.74 | 2624.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 697.19 | .00 | 276.24 |
| CAPITAL ONE BANK | UNSECURED | 7453.46 | .00 | 2953.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14082.45 | .00 | 5579.77 |
| BANK ONE/JPM CHASE | UNSECURED | 3453.97 | .00 | 1368.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5328.23 | .00 | 2111.16 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1302.83 | .00 | 516.21 |
| DISCOVER BANK | UNSECURED | 14369.30 | .00 | 5693.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 409.36 | .00 | 162.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1740.82 | .00 | 689.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1638.93 | .00 | 649.38 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 798.67 | .00 | 316.45 |
| NEW CENTURY FEDERAL C U | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2269.49 | .00 | 899.22 |
| QCARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1162.21 | .00 | 460.49 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RESURGENT CAPITAL SERVIC | UNSECURED | 802.90 | .00 | 318.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 750.43 | .00 | 297.34 |
| SOUTHWEST INFECTIOUS DIS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12968.38 | .00 | 5138.35 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 400.00 | .00 | 400.00 |

```
ECAST SETTLEMENT CORP      UNSECURED        1105.39           .00         437.98
WORLD FINANCIAL NETWORK    UNSECURED          56.99           .00          22.58
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3624.13        400.00     70391.00        .00       74415.13
PRINCIPAL PAID      3624.13        400.00     27890.44        .00       31914.57
INTEREST PAID        125.74           .00          .00        .00         125.74
TOTAL PAID          3749.87        400.00     27890.44        .00       32040.31
```

The Debtor's attorney, RONALD D CUMMINGS          , was allowed $   2700.00
and was paid $    306.00   direct and $   2394.00   through the plan.

The Trustee received $   1565.69 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/16/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO.  05 B 36292 ALLEN R BOYK & DORIS E BOYK